# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LAZARO COYOTZI, ET AL.,**

CASE NO: **1:09–CV–01036–LJO–SMS**

v.

**LANDMARK HOME MORTGAGE, INC., ET AL.,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/15/2009**

**Victoria C. Minor**
Clerk of Court

ENTERED: **September 16, 2009**

by: /s/ O. Figueroa
Deputy Clerk