COPY ISSUED

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Stephanie A. Blazewicz, CBN 240359
Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

U.S. District Court, Eastern Dist. of Calif.
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: Lazaro S. Coyotzi et al.

DEFENDANT: Countrywide Financial Corporation, et al.

CASE NUMBER: 09-1036-LJO-SMS

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   Lazaro S. Coyotzi
   2716 Medinah Way
   Modesto, CA 95355
   
   b. Driver's license no. [last 4 digits] and state:  [✓] Unknown
   c. Social security no. [last 4 digits]:  [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: N/A

2. [✓] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Countrywide Home Loans, Inc.
   4500 Park Granada, # 11, Calabasas, CA 91302

Date: Nov. 13, 2009
Stephanie A. Blazewicz
(TYPE OR PRINT NAME)

4. [✓] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 0
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 9/16/2009
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 11/16/09

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [✓] A certified copy of the judgment is attached.

Victoria C. Minor
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF: Lazaro S. Coyotzi et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Countrywide Financial Corporation, et al. | 09-1036-LJO-SMS |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Countrywide Financial Corporation
8521 Fallbrook Avenue, CA9-902-02-01
West Hills, CA 91304

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Seyla S. Coyotzi
2716 Medinah Way
Modesto, CA 95355

Driver's license no. [last 4 digits]
and state: ✓ Unknown

Social security no. [last 4 digits]: ✓ Unknown

Summons was personally served at or mailed to *(address):*
N/A

17. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LAZARO COYOTZI, ET AL.,

JUDGMENT IN A CIVIL CASE

CASE NO: 1:09-CV-01036-LJO-SMS

V.

LANDMARK HOME MORTGAGE, INC., ET AL.,

**XX** — **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 9/15/2009

Victoria C. Minor
Clerk of Court

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By K. Engbretson
Deputy Clerk
Dated 10-30-09

ENTERED: September 16, 2009

by: /s/ O. Figueroa
Deputy Clerk